**Exhibit A to the Complaint**

**Location:** Los Angeles, CA  
**Total Works Infringed:** 86  
**IP Address:** 104.175.222.210  
**ISP:** Spectrum

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 7A1551B9C87003EB6002EC500FBE59AAF1A921E3<br>File Hash: 43D9A39A71EC62D1217BFFF148FE60F03596FFA9FF4E1C286370A80E90AD5222 | 03/03/2020 17:51:40 | Vixen | 04/24/2018 | 06/19/2018 | PA0002126671 |
| 2 | Info Hash: 3350AD6ED2ECD3F20CA9BFAB853A3CED164589B0<br>File Hash: C37AF8553805F6A6564CD2DA3705A9DAFD128B2939D7AA101D686499D196A471 | 02/17/2020 18:13:03 | Blacked Raw | 08/05/2018 | 09/01/2018 | PA0002119682 |
| 3 | Info Hash: 99C0003686046E848CDB8C0D2B09F797C1702974<br>File Hash: C3A3E8AE9285F94208B9F7A8DD06DCEEB8259C3E39B3F243FB6A16329FCB983B | 02/16/2020 19:47:51 | Vixen | 09/11/2018 | 10/16/2018 | PA0002127780 |
| 4 | Info Hash: 98A7396F4B2B73301521703E68688BD98063104D<br>File Hash: EC7F3F865D934F1594E5F8E53A103717F39DA69AEDA7FAD4BAD2A032D5AF4520 | 02/05/2020 04:03:31 | Blacked | 02/04/2020 | 02/20/2020 | PA0002229052 |
| 5 | Info Hash: FF16D5C558E22B9BA334778EF92DDCAC4B9C219F<br>File Hash: 0A6AC3A4977BD540B7DF072701AB010EE0AFC960275C3F4BBE458E3B8FAEF669 | 01/31/2020 03:53:09 | Vixen | 01/29/2020 | 02/20/2020 | PA0002229058 |
| 6 | Info Hash: 8059043743EE83DA79D9AC508FAD5973F2988995<br>File Hash: 59D9849D10DF8FEFE56E42E3F95AA08B03EB405C3BE31DCC0BBBDAA18EE0E804 | 01/31/2020 03:39:03 | Blacked | 01/30/2020 | 02/20/2020 | PA0002237624 |
| 7 | Info Hash: 23C388D3240653681F962910C68DC6BDE0D4777A<br>File Hash: 6A406B895FB41CA502D4D50EF13223FD8D927292F48E1DBD9AA8E813A921B45F | 01/26/2020 05:22:51 | Blacked | 01/25/2020 | 02/20/2020 | PA0002229054 |
| 8 | Info Hash: 4E94ED79494685938C1A0B5F42BCD1C30F137C0D<br>File Hash: 4A44419A681C9E6241CCB8B2699BED33A47675D5848ED22EE581BD39525AD13C | 01/23/2020 04:18:48 | Blacked | 01/20/2020 | 02/04/2020 | PA0002225586 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: DDE59C875C7FEDB150E58E51ACFF8D33FDB2CF72<br>File Hash: B1EAEAD5B5D4AA4102D4A0D46CF8206B6D4E3C6E2EAD3BAFD1BD26D336683604 | 01/18/2020 03:52:00 | Blacked Raw | 05/22/2019 | 07/17/2019 | PA0002188299 |
| 10 | Info Hash: 41B8700401DB81C8089A014B3414C0BECDC8E7CB<br>File Hash: 0B63271AE99586E2736C73B87851244E8F0054186AAF2E5A44AC5E29F247B94E | 01/16/2020 05:00:51 | Vixen | 01/14/2020 | 02/03/2020 | PA0002236203 |
| 11 | Info Hash: 966AF5D11568D7D5896168F66E882245BA8A5F07<br>File Hash: 13ABD2A124FF486B57001E7FB865A719FBB18B92F74EF38F6CD5ECA9744EBBE2 | 01/14/2020 04:39:44 | Blacked Raw | 01/12/2020 | 02/04/2020 | PA0002225587 |
| 12 | Info Hash: 728FEEBA350EC584BC7E9E2759A64F759E9B7855<br>File Hash: AD5470EFA8A5C85886C8855DB48558326273F73168397DFFC88EE5E6B5BB1A2A | 01/05/2020 19:13:16 | Vixen | 01/04/2020 | 01/27/2020 | PA0002223959 |
| 13 | Info Hash: C76714C07B50EE0FE118272431117F2DDDC30E15<br>File Hash: 211F5C323C06C8C41A64998676FDCC2C3172142328F132032DFA9CC295E47786 | 01/04/2020 23:42:16 | Blacked | 09/02/2018 | 11/01/2018 | PA0002143413 |
| 14 | Info Hash: B9E072232E0539EEBAFF9F6141443FE228C52360<br>File Hash: FE5649F2B0117B18A3184D7E3270BEC3E0F7FC2A99429C86561E918342B6DEE1 | 01/04/2020 23:39:43 | Blacked | 12/21/2017 | 01/15/2018 | PA0002070941 |
| 15 | Info Hash: 7927D991B118B583CD71828F2F63A12B4635B5E7<br>File Hash: CAA25AAE87488D48B2B8333738DE97E8D7A15F9D5D305EBF031E8A89416C5E3C | 01/04/2020 23:37:52 | Tushy | 05/21/2018 | 07/14/2018 | PA0002131769 |
| 16 | Info Hash: C4DB1B3F78C01434EC9B81231E2066634E6311CB<br>File Hash: BCF1D35246A971E1C03E3D9E86D3FE928722E4FE1FE37E94884D8A69C71036A6 | 01/04/2020 22:21:07 | Blacked Raw | 01/02/2020 | 02/04/2020 | PA0002225581 |
| 17 | Info Hash: 4E619FC85F415B63DBE01082D31400B3D103724E<br>File Hash: 75D67EDFC244E9265F9DD99F4EEF610852154F36D4037872EEB60091EA75F180 | 12/31/2019 17:16:22 | Vixen | 12/30/2019 | 01/27/2020 | PA0002223956 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 81D42492975334B332A7CE760DB734759D4626B5<br>File Hash: 3AF957A2114DBC879062712583A143E32B8835D570C662D3A2496038755CE36D | 12/27/2019 05:27:21 | Blacked Raw | 07/31/2018 | 09/05/2018 | PA0002134603 |
| 19 | Info Hash: 75A353D79EC4B06347D0AD1935D3F3D242B8A70C<br>File Hash: 6F67DB138AEA067313D743B5DE624E3218F0C0A3BA98F12C6FA44D04FF31F9BA | 12/26/2019 04:50:22 | Vixen | 12/25/2019 | 01/03/2020 | PA0002219640 |
| 20 | Info Hash: 3C14287BE2D3E5D157ECD1E229531CC19C5C8E74<br>File Hash: 03C7B1F0EADE1D38CDDE1D3E47C9361D471518DAC16B84568C6440BB03933B68 | 12/22/2019 08:27:06 | Blacked | 12/21/2019 | 01/03/2020 | PA0002219632 |
| 21 | Info Hash: AD5C18C1994C5C7C76E738EE43E039563A9A8BD2<br>File Hash: 6C8BFD68D9A18180B8BCAC1B5CAF5ED59CA39E57F01E76638702D71B369E3134 | 11/16/2019 19:33:14 | Vixen | 11/15/2019 | 12/03/2019 | PA0002232048 |
| 22 | Info Hash: 5ACEC22A87759CB3F31A051E937EFB7F3869D2E1<br>File Hash: 1FFDE16544890F5DE30F2B18B66E6A3F96AD563701D2A87FCBC479049CC11654 | 11/12/2019 04:02:51 | Blacked | 11/11/2019 | 11/27/2019 | PA0002213994 |
| 23 | Info Hash: A976917AAA3DF889DAC82884342A1AFCD85ACB2A<br>File Hash: ACD88B01F6ACB711B9E2997EF496DA8250303EFCDB9E72A62EECB08FCDFA264C | 11/09/2019 04:46:26 | Vixen | 09/06/2019 | 09/13/2019 | PA0002200698 |
| 24 | Info Hash: D7849F96160CA679A287B837FEFE40DDEA87571B<br>File Hash: 0A445E74466B1700F1F7402E2C9F03169006656C8BA6A80CD36958EF9C0589E1 | 11/08/2019 03:22:13 | Blacked | 11/06/2019 | 11/15/2019 | PA0002211857 |
| 25 | Info Hash: EC9A2EEA29FBDDC848A1ABBD00237BCF3B8E3C9D<br>File Hash: 57DDE108747BF06C316FC18BF23D9910CBDF9CBC2F0B53D09B3CAB4295549A1E | 11/01/2019 01:05:28 | Vixen | 10/31/2019 | 11/15/2019 | PA0002211917 |
| 26 | Info Hash: CC4C9F3139A74EA0F73EEEC68EFA9CE5594554F9<br>File Hash: FA941BFA59F138EC3352364DCFE60E53882E4C160B135AC3576A3D7585904F9F | 10/30/2019 03:55:37 | Vixen | 12/30/2017 | 01/15/2018 | PA0002070944 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: D972D773A2CAB9D3907562E27DDBA8339F85D642<br>File Hash: 3F54C5BE09B1453CB03DC4CE9E674BEF1BE544386F6D158DDE8D23C05E3D43D6 | 10/18/2019 04:07:15 | Blacked | 05/25/2017 | 06/22/2017 | PA0002039290 |
| 28 | Info Hash: F8C7EE63A1DF3EE26B5847AD33CE81017E3D127E<br>File Hash: 19EB478059DDED9A31C97BF6E4596F3094ADAE303CE5A708EA85D342B2A06C69 | 10/09/2019 03:55:00 | Vixen | 10/06/2019 | 10/21/2019 | PA0002207778 |
| 29 | Info Hash: EFA3AE8E833BE5713A787F0A2A6C34C4D83EC4A9<br>File Hash: 25CCC50DE4E6026CD0323C1BA3E916C34BC709E484A8DC0FCCA1E70271E2F047 | 10/08/2019 04:37:30 | Vixen | 09/06/2017 | 09/15/2017 | PA0002052844 |
| 30 | Info Hash: 9A00DC56773A2DAF8A9BFE17C2984A51122FB78E<br>File Hash: FBC4A307DFC7F19702E7F160ED53E04D9C37036D235F55A57AD3E47384A11A2A | 10/04/2019 03:25:18 | Blacked | 09/17/2018 | 10/16/2018 | PA0002127778 |
| 31 | Info Hash: EE4D29BA667E69950AA31279F7FA846BF696BF9D<br>File Hash: CBBA895BE4865BD867EC9F1DE3100FCB5C172459C4E0F59EDC51E5818599B405 | 09/29/2019 05:04:10 | Blacked | 08/03/2018 | 09/01/2018 | PA0002119596 |
| 32 | Info Hash: D68C62215EEC6FDBD27AC83C2DA53B59EFD5BCBA<br>File Hash: EE542C2A6FD38F4C6890FC856FE8E06A76C582EA1D1C8A7D33A33EADB3EE799C | 09/28/2019 02:58:32 | Blacked | 09/27/2019 | 10/07/2019 | PA0002205468 |
| 33 | Info Hash: 258961E123E520633A96CDF11E8E6F60E233C816<br>File Hash: A116D3BED05F6DD226D58A71AFCD167970C507F1B10DCD4306EA08F55BFE4621 | 09/25/2019 04:11:11 | Vixen | 07/23/2017 | 08/10/2017 | PA0002046877 |
| 34 | Info Hash: 90C1E568E46A9C702F08741491C0D83BD9DD0EC6<br>File Hash: 71B5CA2BE906122090168ED5474897BFE2E7A6DE27F38F921D05921FAF72D031 | 09/23/2019 06:24:56 | Vixen | 09/21/2019 | 10/01/2019 | PA0002217349 |
| 35 | Info Hash: 7E3A369E1C78EE170A75663BCC9126D2902D8A81<br>File Hash: 63290BDBEDF5C7343F37C7CBD0113D0B95EA091BB67EB25B09DD403B22FF91EE | 09/20/2019 16:16:07 | Blacked | 09/17/2019 | 09/25/2019 | PA0002203161 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 52442C2708E36E545755C2D0E288F4C913DDE003<br>File Hash: 099279FAB0CB709722E36CA4703FBC00BE876F9EA6F23108082898D12073FAFC | 09/13/2019 02:31:48 | Blacked | 09/12/2019 | 09/25/2019 | PA0002203159 |
| 37 | Info Hash: 73A2A94B799E648A0B3BF984EF26B33BDB6D9F3B<br>File Hash: 3A43357A29B98E7B2324EEF0D6C3A5757CB6607382EEDD5ABFAB1839DE1F84DA | 09/12/2019 05:09:33 | Vixen | 09/11/2019 | 09/25/2019 | PA0002203160 |
| 38 | Info Hash: D9261D3722C161272619A45A80E6F849B0BC63B5<br>File Hash: 9272236D752743F64E074A94ECCD8E592FB3F4520DD24DD9BEFF5878C22DC176 | 09/02/2019 18:37:29 | Blacked Raw | 11/18/2018 | 12/10/2018 | PA0002146476 |
| 39 | Info Hash: 5743926672587FDCC6DB3F9F6DD241ADB1AF609E<br>File Hash: F291E9A5D2284337B5F9CE58EF735849D834C5ACF9618C0F86C2564FA7B7F1B2 | 08/26/2019 02:05:32 | Blacked Raw | 08/25/2019 | 09/11/2019 | PA0002199991 |
| 40 | Info Hash: 5E81E3E5E68BCAB9729C9BDA698C56A954695377<br>File Hash: 249303FB0D18D0DC7C7EC04ADB7B8922578C4F9AF6A8CF6EE5DAE94EA3BFAD93 | 08/18/2019 03:47:14 | Blacked Raw | 08/15/2019 | 09/17/2019 | PA0002216211 |
| 41 | Info Hash: 16E587AD543EBBB558C87739193CA3AE77B370D6<br>File Hash: 5E27A0458B72C6D803880871DF27DACA94012E7B8B48AE69B798C9AFE26CDD40 | 08/15/2019 03:35:32 | Blacked | 08/13/2019 | 08/22/2019 | PA0002195504 |
| 42 | Info Hash: C6AACF8B5EBC7F41C26EBB07A4DABE1287B3C675<br>File Hash: 2D4D64E994B54F6310EAF6658524F2A7B0F98B62A56F4F9B5A2EE8CC25656EB5 | 08/11/2019 19:21:10 | Blacked | 08/08/2019 | 09/17/2019 | PA0002216217 |
| 43 | Info Hash: ED2D8B8FC73E5599B734649A95E35A6E7BC1768E<br>File Hash: 81025B6CA1036C3CDECC5B8F12BD52D9D5EE761693724E29890943CE4E12382B | 08/11/2019 19:18:58 | Blacked Raw | 08/10/2019 | 09/11/2019 | PA0002199990 |
| 44 | Info Hash: 5C4A3BC7AC5899B767E52F595E19A19088B4507C<br>File Hash: 141AFAEAA65A9F9D7601D0A63E1E8DCBD311E0742F24E55E4FD5F447F24E5A95 | 07/18/2019 07:13:26 | Blacked | 07/14/2019 | 08/02/2019 | PA0002192303 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 45 | Info Hash: 425B69EBF37AF69ECEF370C54A0B8F23AB28C401<br>File Hash: 7C0FB3C1BB3F1DF8CAAC603A4D2F6E76DC9BDB04138DC2CBABB665BADAE3B47B | 06/30/2019 06:23:44 | Vixen | 06/28/2019 | 08/27/2019 | PA0002213233 |
| 46 | Info Hash: 7AFC3222099DBF3D329B480586E7AC22D9C5985C<br>File Hash: 82A7BC37315577F4D87CC9E1719E1C30EB0FA435768F3384B48E5F88AED32F20 | 06/15/2019 04:34:54 | Blacked | 06/14/2019 | 07/17/2019 | PA0002188312 |
| 47 | Info Hash: E6683078F639AE7A581BCADF96A49BC808143689<br>File Hash: 38205F001C261D5FD79FC2A35134BB96F8E549E9C410643AF6D25CD576A53DA6 | 06/06/2019 03:36:27 | Blacked | 06/04/2019 | 07/17/2019 | PA0002188309 |
| 48 | Info Hash: 3509FCA3E98BCE3DA9970D30777FB6A47322702A<br>File Hash: BDD1523C1385B72B26B6E0318E89D46E070D7BB614993BAA114255631B0DDF2F | 06/04/2019 04:34:23 | Vixen | 06/03/2019 | 07/17/2019 | PA0002188305 |
| 49 | Info Hash: 0CAE44A3DBD8F5673DC978E864B5E7CAE0909F40<br>File Hash: E4A9030FEE76C3819723FAEF319B832DAD15DED9A2303D94D192AFA7E184808F | 05/31/2019 03:33:09 | Blacked Raw | 09/19/2018 | 11/01/2018 | PA0002143420 |
| 50 | Info Hash: E59D0E91C5A47E965E47117A345EF3468732CAA0<br>File Hash: 6C27C7C0C5B0F06ADA023CCBC9581D13B14046DF690EFD59F38AA230B6E98F2D | 05/26/2019 16:33:24 | Blacked | 05/25/2019 | 06/13/2019 | PA0002180952 |
| 51 | Info Hash: 41FECE22C6088B21658B680F83C912551B7C209D<br>File Hash: 4C17FFD9D58C51B0D895FFB616CEBA7A8F9B1101E711C4005D6CB5262EB32087 | 05/26/2019 05:41:22 | Blacked | 12/06/2018 | 12/18/2018 | PA0002141921 |
| 52 | Info Hash: 6B8E400282C3C9C50A8C00AEB5CD52F0B967DA0A<br>File Hash: 8B1D77EE7A014B7106E69A34DB5318ADFB95AB580E12B4E69E44CE4A4D0FC85D | 05/15/2019 03:48:41 | Blacked | 05/10/2019 | 07/05/2019 | PA0002206368 |
| 53 | Info Hash: 2DB0092A8EED28CD52AA6DD3FB848B68C75B8F77<br>File Hash: A0AAFA709D58361236376E333AA20DAFED8EE64CD3F5151853A6448C2549C8CA | 04/19/2019 04:06:20 | Blacked | 01/25/2018 | 03/02/2018 | PA0002104748 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 54 | Info Hash: 557B5DAD5E3CAC1EBF7F510D67437F1D01235D11<br>File Hash: E4A62E1A2CC636C13E980133105006A3E70314128FB9CF66A8367FCD1FB98922 | 04/16/2019 16:05:15 | Vixen | 04/14/2019 | 05/28/2019 | PA0002200761 |
| 55 | Info Hash: C5467D80EAB20195A4D5C5C171EF1C0C02343317<br>File Hash: 1C87A9DA1C044AB0BB163AF53D4AFC3207AB4AB9F481586EF90413379D95FF70 | 04/10/2019 02:33:52 | Vixen | 04/09/2019 | 04/29/2019 | PA0002169963 |
| 56 | Info Hash: 388E7ED27703F4B83AC8FC4EA6512E7B4FBC5AEC<br>File Hash: 262B5FB839942C0084068E0031AADA76ED68D812EC7C6AEF113473B261AE1A29 | 04/08/2019 06:01:06 | Blacked Raw | 04/07/2019 | 05/28/2019 | PA0002200775 |
| 57 | Info Hash: AAB43732CA29D96F72C32A4D7590FD1111D8A86C<br>File Hash: 336C39AA81CECA1E786A6C6A838549526A34BF8FCC7AA0D634CEE7A718B6DA26 | 04/06/2019 19:22:23 | Vixen | 04/04/2019 | 04/29/2019 | PA0002169968 |
| 58 | Info Hash: 2DC344712C8F024DE66D424B020B8A8F09019E96<br>File Hash: E7A8D7A416AA126BB19FDF009BE591C0E69744D35513B10E00022959DB1C4A49 | 04/01/2019 04:13:19 | Blacked | 03/31/2019 | 05/28/2019 | PA0002200773 |
| 59 | Info Hash: 976324666E71A36AD5A57C4A0425611DE9DC22F9<br>File Hash: DA140D57E0BF2003E13499E9F4F2B4677CAA61568F933B95157A809F4546F2CB | 03/24/2019 04:17:44 | Vixen | 03/15/2019 | 04/08/2019 | PA0002164872 |
| 60 | Info Hash: 8AC8E5553199E5974EB21656E354ECDE403B392E<br>File Hash: 05DBCB4EB008DCFB74AD07A164CF12DB4D1737BE22C3FF91726E80595EF3C2AE | 03/22/2019 04:18:12 | Blacked | 03/21/2019 | 04/17/2019 | PA0002186999 |
| 61 | Info Hash: 21B2EB90BB1AB925548C7CD5038FAEA10BFEAA0D<br>File Hash: 3DA5CEB1E2331B505481C38046515105224F4DBBA22196663E8B26FDDBA4A8E7 | 03/21/2019 04:52:18 | Vixen | 03/20/2019 | 04/17/2019 | PA0002186982 |
| 62 | Info Hash: F5715B15F5F5F25A400E6297E376883557866B0A<br>File Hash: A96D177318D1B6E7045F96F5FC80064D60A1D95D1C3D2CB1273B78D2ED349D5D | 03/14/2019 04:44:41 | Blacked Raw | 03/13/2019 | 04/17/2019 | PA0002186977 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 63 | Info Hash: 1193C5E083EFA14B64E630A60891F37B241DA1E3<br>File Hash: AB1E4A5C4B565AF56CFC9684F81F113FD2F21E2A22B5E48ED5D9310F7BFF489B | 03/10/2019 18:56:24 | Blacked | 04/25/2018 | 06/19/2018 | PA0002126642 |
| 64 | Info Hash: D4130E59A4F7FAA536754AB19E46653D45AA46FF<br>File Hash: CBB560E940E2451C8A2A665F1ABFB9091234B6B474242BE14C8888C1CDE9F342 | 03/10/2019 06:41:37 | Blacked | 02/13/2019 | 03/11/2019 | PA0002158597 |
| 65 | Info Hash: EC72AB6E2428651D76E9B35E34364FBF997D62E4<br>File Hash: 286323955D74354AFF7C69BDC5987ADA524396D42AE7DC47C1CC0BFC5ECC40F6 | 03/07/2019 06:14:29 | Vixen | 03/05/2019 | 03/31/2019 | PA0002163982 |
| 66 | Info Hash: 9536019879F17F3B90AD722E8B0FAEC984EEEF5A<br>File Hash: 1B470AFFB7BF459EE95FEC985D8EF40364FA790362F7C259BA48CC55F111B858 | 03/05/2019 06:32:41 | Blacked Raw | 03/03/2019 | 04/17/2019 | PA0002186905 |
| 67 | Info Hash: 7C99E492EC61646CED06952C682B68AACFCD7C33<br>File Hash: 7065F8A4A31E575DD63240B683BF3D1777AFE7B881F5FD81849D9BD1F9CE80DA | 02/24/2019 21:06:34 | Vixen | 02/23/2019 | 04/29/2019 | PA0002169931 |
| 68 | Info Hash: C8C194C4E3B00238CE821C4A3C0103971E47D5CC<br>File Hash: 9B6D30AB5416FA0F28F38AE7FA2EAC0827AAEF8EB08070BAE6ADCC878CE352CA | 02/21/2019 07:01:34 | Vixen | 06/13/2018 | 07/14/2018 | PA0002128389 |
| 69 | Info Hash: F2178A3FBBB5F09B3A57249E1BF0707064CC4A16<br>File Hash: 18F29D4BFDC7C28F9DDCE5E862D459D4F644732FF6A2BDDC2144DB599D4DD66C | 02/20/2019 04:59:10 | Blacked | 02/19/2019 | 03/24/2019 | PA0002184061 |
| 70 | Info Hash: 4ED2350365BDA4C8207A8CCEDBC81B0340E58ABC<br>File Hash: 42BFA57239AC6310293F89186960CE0FBAB1526442CDDA853D6141F6A6EFCD68 | 02/18/2019 18:06:04 | Blacked Raw | 02/16/2019 | 03/11/2019 | PA0002158595 |
| 71 | Info Hash: 3F270D99BA6AD25ECA5DA3F1A19E9EE0BD1A3B75<br>File Hash: BC3B31B3647AE5C82A35A0142199F2969DE0DAF9966BA26F68E8D6E2E2FB9748 | 02/15/2019 21:31:42 | Vixen | 02/13/2019 | 03/11/2019 | PA0002158413 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 72 | Info Hash: 3748105F4AFE9AA5B660CA0D1E407FBA1F59990B File Hash: FF111E44EB7F95B770FCFC7F80DD133AAB942BDC0506CF0E8F4F540E867CA0E8 | 02/01/2019 03:25:25 | Vixen | 01/29/2019 | 03/24/2019 | PA0002182715 |
| 73 | Info Hash: 1E77F001441EAADCAC10AABA810AD0D31AD6E667 File Hash: C6EADA660D518FE1F1BE432D3C0ABF2A095E0B0E0CDF5A2D7FE4C87E0A364900 | 01/31/2019 07:18:32 | Blacked | 01/30/2019 | 02/22/2019 | PA0002155138 |
| 74 | Info Hash: 7180352F1197F512822C8C7B41CAADADB5C0F744 File Hash: 7541C185F56D4723B2CCF4C638BC64A1C190F075277420F380D17EED9CB14EFF | 01/28/2019 22:47:50 | Blacked | 01/25/2019 | 02/22/2019 | PA0002155136 |
| 75 | Info Hash: F3EC5C49A82A82556603153EF10C4FDEB42356C2 File Hash: 8DB567512505266F30DBA8F4B04557C917B8116EAC2FCB2C19ABC6570946CFE9 | 01/23/2019 02:47:06 | Blacked Raw | 01/22/2019 | 03/24/2019 | PA0002183202 |
| 76 | Info Hash: DB96A7BA37F3DA55AE4BFC5882FD07052B7F3B8D File Hash: 710C8FB107F44F7757676809D97309DB532671641136EE693F0F112CFDC87090 | 01/20/2019 19:11:50 | Vixen | 01/19/2019 | 02/22/2019 | PA0002155139 |
| 77 | Info Hash: FCF2223C2AFD2901C1AC8C9EA95467B555E65E1E File Hash: A9596964DEE36F1C6190EF9A49570A4D435010B85BD899886799BE731C4B6A07 | 01/16/2019 04:10:57 | Vixen | 01/14/2019 | 02/02/2019 | PA0002155387 |
| 78 | Info Hash: 87F8CF6CF74A8301642CDC1C72FBC192A790A9B2 File Hash: 0273A90CE1B1D78EF7D6291960FC0E916070F9FD3C547D80E33884931A1684C0 | 01/13/2019 21:10:49 | Blacked Raw | 01/12/2019 | 02/02/2019 | PA0002155388 |
| 79 | Info Hash: 1D652D14E624CF4FE65234E00AB298914C6B5B1B File Hash: 18CDA84EF37DE57838D54104CA2FE7097D1377666228E4D0B55F6AD2ED7F389A | 01/05/2019 22:23:22 | Vixen | 01/04/2019 | 01/22/2019 | PA0002147681 |
| 80 | Info Hash: 2F1C13C6DB1E2B524CEF4625642F942A3692499C File Hash: CC0ECD3F17E3824A92E704EF79A7ED2101BF86232CBE14F2E24D445CD091E6AB | 12/29/2018 03:41:58 | Blacked Raw | 12/28/2018 | 02/02/2019 | PA0002155006 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 81 | Info Hash: 3A3DD7C8DBB7E5B223555D26F27B64B7090A3E57<br>File Hash: 08AD74E95AD3720928E97453FC2F04E16A2221467A2120B727DEE1BA6BF28384 | 12/28/2018 00:20:41 | Blacked | 12/26/2018 | 02/02/2019 | PA0002155307 |
| 82 | Info Hash: ECFEC3C1CEA5BACDED5052AB2E57DEAAD83FFF39<br>File Hash: BF2324E563299B843D750C225AA4713748F774270CACA8F99C61C55B55BEC599 | 12/21/2018 21:03:20 | Blacked Raw | 12/13/2018 | 02/02/2019 | PA0002154971 |
| 83 | Info Hash: A13372D383B6487823771167C3024FF64D0BAF6F<br>File Hash: 966A72033B80F407CEC791BCFC86062A5AE505676C5DD0017BDB610154691AE2 | 12/19/2018 07:33:27 | Vixen | 12/15/2018 | 01/22/2019 | PA0002147905 |
| 84 | Info Hash: 259A2C3790345E1C8DE8609B1D36987D0AA87E7C<br>File Hash: F8706D2AC4AD84950FE809E3931FA53CB4295A3A8C21442E8B83FBBC680A592C | 12/11/2018 04:13:31 | Blacked | 10/12/2018 | 10/28/2018 | PA0002130455 |
| 85 | Info Hash: 716BD92E139BE2039209B3F8C494B7A8356E4774<br>File Hash: D02255E8C093E98B712A51334068B516A9B2B7C10B0482D76261E8C7712FE1E0 | 12/11/2018 04:10:11 | Blacked Raw | 11/21/2018 | 12/18/2018 | PA0002141915 |
| 86 | Info Hash: 7EEDF6116D863C18BB6BB31954BB4B286DE912B3<br>File Hash: DDBCC9A12A2BE891DA7F686DE3C3A52E09DB3528C1371FA89709F36254538027 | 11/27/2018 04:32:17 | Vixen | 11/20/2018 | 12/18/2018 | PA0002141925 |