NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Lincoln D. Bandlow, Esq. (CA #170449)
Lincoln@BandlowLaw.com
Law Offices of Lincoln Bandlow, PC
1801 Century Park East, Suite 2400
Los Angeles, CA  90067
Phone: (310) 556-9680
Fax: (310) 861-5550

**CLEAR FORM**

ATTORNEY(S) FOR:  Plaintiff, Strike 3 Holdings, LLC

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| STRIKE 3 HOLDINGS, LLC | CASE NUMBER: |
|---|---|
| Plaintiff(s), | |
| v. | |
| JOHN DOE subscriber assigned IP address 104.175.222.210 | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** (Local Rule 7.1-1) |
| Defendant(s) | |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Strike 3 Holdings, LLC
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Strike 3 Holdings, LLC | Plaintiff / Financial Interest |
| General Media Systems, LLC | Owner of Plaintiff / Financial Interest |
| John Doe | Defendant / Financial Interest |

5/13/2020
Date

/s/ Lincoln D. Bandlow
Signature

Attorney of record for (or name of party appearing in pro per):

Strike 3 Holdings, LLC

CV-30 (05/13) NOTICE OF INTERESTED PARTIES