Lincoln D. Bandlow, Esq. (CA #170449)
Lincoln@BandlowLaw.com
**Law Offices of Lincoln Bandlow, PC**
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Phone: (310) 556-9680
Fax: (310) 861-5550

Attorney for Plaintiff
Strike 3 Holdings, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 104.175.222.210,<br><br>　　　　Defendant. | Case Number:<br><br>**NOTICE OF FILING RULE 7.1 DISCLOSURE STATEMENT** |

　　　PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 7.1, that Plaintiff's parent corporation is General Media Systems, LLC.  There are no publicly traded corporations that currently own 10% or more of Plaintiff's stock.

　　　DATED this 13th day of May, 2020.

　　　　　　　　　　　　　　　　　　**Law Offices of Lincoln Bandlow PC**

　　　　　　　　　　　　　　　　　　*s/ Lincoln D. Bandlow*
　　　　　　　　　　　　　　　　　　Lincoln D. Bandlow, Esq.